# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Aaron Miller

                     Plaintiff,

v.                                            Case No.: 1:15–cv–08527
                                                     Honorable Joan B. Gottschall

Wexford Health Sources Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: A hearing on recruited attorney Maureen McGuire's motion to withdraw [137] is set for 9/4/2020 at 10:00 a.m. The hearing will be conducted by teleconferencing; instructions for joining the teleconference will be entered separately on the docket. Ms. McGuire is directed to serve plaintiff with a copy of her motion to withdraw [137] and this minute entry. The court would appreciate any assistance defense counsel can provide in arranging for Mr. Miller to be present by telephone. Counsel are instructed to call the courtroom deputy to confirm arrangements for Mr. Miller's appearance by no later than 4:30 p.m. on 9/2/2020. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.